# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Cleophus Dulaney,

    Plaintiff,

v.

City of Columbus, Ohio, *et al.*,

    Defendants.

Case No. 2:16–cv–1080

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On January 23, 2017, the United States Magistrate Judge recommended that Plaintiff's action be dismissed. Report and Recommendation, ECF No. 3 ("R&R"). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R, ECF No. 3, is hereby **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

                                                                         */s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**